**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:17-CR-00062- |
| | § | ALM-BD |
| MANUEL CARDONA-GARCIA (1) | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Now before the court is the request for revocation of Defendant Manuel Cardona-Garcia's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on June 29, 2026, to determine whether Defendant violated his supervised release. Defendant was represented by Michael Pannitto. The Government was represented by David Rehfuss.

Defendant was sentenced on February 20, 2018, before The Honorable Amos L. Mazzant, III of the Eastern District of Texas after pleading guilty to the offense of Reentry of a Deported Alien, a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range, based on a total offense level of 6 and a criminal history category of II, was 1 to 7 months. Defendant was subsequently sentenced to 7 months imprisonment followed by a 1-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure; substance abuse testing and treatment; deportation, and a $100.00 special assessment. On February 23, 2018, Defendant completed his period of imprisonment and began service of the supervision term. This sentence has resulted in Defendant having over-served his prison sentence by 129 days, and such time should be credited to any future sentence he receives under this same docket number.

REPORT AND RECOMMENDATION – Page 1

On September 14, 2018, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision (Dkt. #37, Sealed). The Petition asserts that Defendant violated two (2) conditions of supervision, as follows: (1) Mandatory Condition Defendant shall not commit another federal, state, or local crime; and (2) Special Condition As a condition of supervised release, immediately upon release from confinement, Defendant shall be surrendered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act, 8 U.S.C. § 1101, *et seq*. If ordered deported, Defendant shall remain outside the United States. In the event Defendant is not deported, or for any reason reenters the country after having been deported, Defendant shall comply with all conditions of supervised release, to include reporting to the nearest United States Probation Office within 72 hours of release by immigration officials or reentry into the country. (Dkt. #37 at pp. 1–2, Sealed).

The Petition alleges that Defendant committed the following acts: (1) On August 7, 2018, Defendant committed the offense of Re-entry of a Deported Alien in violation of Title 8 U.S.C. § 1326(a) & (b)(1), as he was deported to Mexico on or about February 26, 2018, and he did not have legal permission to reenter or be in the United States on or about the date noted above. Defendant was apprehended by the United States Border Patrol near Falfurrias, Texas. Prosecution was declined, and Defendant was removed on August 10, 2018. According to a report provided by the U.S. Border Patrol, he entered the United States unlawfully on July 29, 2018; and (2) Defendant was deported to Mexico on or about February 26, 2018. As evidenced by the recent apprehension noted above, Defendant returned to the United States unlawfully, failed to remain outside the United States, and did not report to the U.S. Probation Office upon his return. (Dkt. #37 at pp. 1–2, Sealed).

REPORT AND RECOMMENDATION – Page 2

Prior to the Government putting on its case at the final revocation hearing, Defendant entered a plea of true to allegations 1 and 2 in the Petition. Having considered the Petition and the plea of true to allegations 1 and 2, the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

### RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of ten (10) months, to run consecutive to the sentence imposed in Cause No. 4:25-CR-00228, with no term of supervised release to follow.

The court finally recommends that Defendant be housed in a Bureau of Prisons facility in Fort Worth, Texas, if appropriate.

**SIGNED this 20th day of July, 2026.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION – Page 3